MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
BRIAN HAWKINSON (SBN 341856)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:    (510) 452-5500
Facsimile:    (510) 452-5510

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKWHAN KITCHER-TUCKER, DECEASED, by and through his Co-Successors in Interest, LATOYA STARKS and SANVADA KITCHER, LATOYA STARKS, Individually; SANVADA KITCHER, Individually,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a public entity; SAN FRANCISCO SHERIFF PAUL MIYAMOTO, in his individual and official capacities; Jail Captain STEPHEN TILTON, LOREN ROTH, M.D., TIANYI ZHANG, M.D., and DOES 1–20; individually, jointly, and severally,<br><br>　　　　　Defendants. | Case No. 3:21-cv-09500-EMC<br><br>**STIPULATION AND (PROPOSED) ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Case No. 3:21-cv-09500-EMC: STIP. AND (PROPOSED) ORDER CONTINUING CMC

Plaintiffs and Defendants City and County of San Francisco, Sheriff Paul Miyamoto, and Stephon Tilton, by and through their counsel of record, hereby stipulate to continue the case management conference currently scheduled for March 29, 2022 at 1:30 p.m., pursuant to the Court's Case Management Conference Order in Reassigned Case. (Doc. 11).

Good cause exists for this continuance as Defendants Loren Roth, M.D. and Tianyi Zhang, M.D., have not yet appeared in this matter. Plaintiffs initially served all Defendants at the San Francisco City Attorney's office on January 18, 2022, including Defendants Roth and Zhang. Plaintiffs' counsel subsequently filed proofs of service indicating that all Defendants had been served. (Doc. 12). Thereafter, Plaintiffs' counsel learned that Defendants Roth and Zhang are not employed by the City and County of San Francisco and are represented by separate counsel. Plaintiffs' counsel contacted counsel for Defendants Roth and Zhang, attorney Neal Lutterman, and he agreed to waive service of the summons and complaint on Defendants Roth's and Zhang's behalf. Plaintiffs' counsel sent Waiver of the Service of Summons forms to Mr. Lutterman on February 2, 2022, thereby giving Defendants Roth and Zhang 60 days, or until April 4, 2022, to file an answer or responsive pleading. On March 10, 2022, Plaintiffs' counsel contacted Mr. Lutterman to inquire about the status of the signed waiver forms. On March 14, 2022, Mr. Lutterman returned the signed waiver forms to Plaintiffs' counsel.

To allow time for Defendants Roth and Zhang to file their answer or responsive pleading, Plaintiffs' counsel and counsel for Defendants City and County of San Francisco, Sheriff Paul Miyamoto, and Stephon Tilton, respectfully request that this Court continue the case management conference to May 10, 2022 at 1:30 p.m.

IT IS SO STIPULATED.

Dated: March 15, 2022                    HADDAD & SHERWIN LLP


                                         /s/ *Teresa Allen*
                                         TERESA ALLEN
                                         Attorneys for Plaintiffs

| | |
|---|---|
| 1  DATED: March 15, 2022 | DAVID CHIU |
| 2 | City Attorney |
|   | MEREDITH B. OSBORN |
| 3 | Chief Trial Deputy |
| 4 | |
| 5 | /s/ *James F. Hannawalt* |
|   | JAMES F. HANNAWALT |
| 6 | Attorneys for Defendants |
|   | CITY AND COUNTY OF SAN FRANCISCO, |
| 7 | SHERIFF PAUL MIYAMOTO, and STEPHEN TILTON |

### **(PROPOSED) ORDER**

Based on the parties' stipulation, and with good cause appearing therefor,

IT IS HEREBY ORDERED that the case management conference currently scheduled for March 29, 2022 at 1:30 p.m., has been continued to May 10, 2022 at 1:30 p.m.

IT IS SO ORDERED.

Dated: _____                            _____
                                                  Hon. Edward M. Chen
                                                  UNITED STATES DISTRICT JUDGE