|   |   |
|---|---|
| 1 | DAVID CHIU, State Bar #189542 |
|   | City Attorney |
| 2 | MEREDITH B. OSBORN, State Bar #250467 |
|   | Chief Trial Deputy |
| 3 | JAMES F. HANNAWALT, State Bar #139657 |
|   | Deputy City Attorney |
| 4 | Fox Plaza |
|   | 1390 Market Street, Sixth Floor |
| 5 | San Francisco, California 94102-5408 |
|   | Telephone:     (415) 554-3913 |
| 6 | Facsimile:     (415) 554-3837 |
|   | E-Mail:         James.Hannawalt@sfcityatty.org |

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
SHERIFF PAUL MIYAMOTO and STEPHEN TILTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARKWHAN KITCHER-TUCKER, DECEASED, by and through his Co-Successors in Interest, LATOYA STARKS and SANVADA KITCHER, LATOYA STARKS, Individually; SANVADA KITCHER, Individually, | Case No. 21-cv-09500-EMC |
|---|---|
| | **STIPULATION AND ORDER REGARDING PHOTOGRAPHS OF DECEDENT MARKWHAN KITCHER-TUCKER'S CORPSE** |
| Plaintiffs, | |
| vs. | Trial Date:           Not Set. |
| CITY AND COUNTY OF SAN FRANCISCO, a public entity; SAN FRANCISCO SHERIFF PAUL MIYAMOTO, in his individual and official capacities; Jail Captain STEPHEN TILTON, LOREN ROTH, M.D., TIANYI ZHANG, M.D., and DOES 1–20; individually, jointly, and severally, | |
| Defendants. | |

This stipulation is entered into by and between the plaintiffs and the defendants, by and through their respective counsel.

1. On January 10, 2021 Markwhan Kitcher-Tucker died while in custody of the San Francisco Sheriff's Department.

2. Members of The Sheriff's Office of the City and County of San Francisco and the San Mateo County Coroner's Office took photographs of Markwhan Kitcher-Tucker's corpse and conducted an

autopsy of Markwhan Kitcher-Tucker.

3. Photographs of the decedent Markwhan Kitcher-Tucker's corpse are relevant to ongoing discovery and the litigation of the instant action.

4. Pursuant to California Code of Civil Procedure Section 129, the photographs requested cannot be released except as authorized by Order of the Court.

5. The Parties stipulate to an order authorizing the release of the photographs and that the photographs are to be used solely for the litigation of this action.

IT IS SO STIPULATED.

DATED: February 17, 2023            HADDAD & SHERWIN LLP

                                    */s/ Teresa Allen*
                                    TERESA ALLEN**
                                    Attorneys for Plaintiffs

DATED: February 17, 2023
                                    DAVID CHIU
                                    City Attorney
                                    MEREDITH B. OSBORN
                                    Chief Trial Deputy
                                    JAMES F. HANNAWALT
                                    Deputy City Attorney

                                 By:*/s/ James Hannawalt*
                                    JAMES F. HANNAWALT
                                    Attorneys for Defendants
                                    CITY AND COUNTY OF SAN FRANCISCO
                                    SHERIFF PAUL MIYAMOTO AND STEPHEN
                                    TILTON

DATED: February 17, 2023            WILKE FLEURY LLP

                                    */s/ Neal C. Lutterman*
                                    NEAL C. LUTTERMAN**
                                    KATHRYNE E. BALDWIN
                                    Attorneys for Defendants
                                    LOREN ROTH, M.D. and TIANYI ZHANG, M.D.

**Pursuant to Civil L.R. 5-1(i)(3), the electronic filer has obtained approval from these signatories.

## PROPOSED ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____          _____
                                    HON. EDWARD M. CHEN
                                    UNITED STATES DISTRICT JUDGE